[Civ. No. 5764. Second Appellate District, Division One.—July 19, 1927.]

A. B. WIDNEY, Petitioner, v. SUPERIOR COURT OF LOS ANGELES COUNTY et al., Respondents.

R. M. Widney and Frank L. Muhleman for Petitioner.

THE COURT.—In substance, the petitioner herein prays for a writ of mandate to compel the Superior Court to allow a jury trial in a case wherein the right of trial by jury has been denied. �enu On the stated facts, set forth in the petition, mandate is not the appropriate remedy. (*Donohue* v. *Superior Court*, 93 Cal. 252 [28 Pac. 1043].)

Wherefore it is ordered by the court that the petition for writ of mandate be denied.